UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-237 |
| v. | : | MAGISTRATE NO. 06-0323M-01 (CR) |
| CORNEILOUS A. FORTUNE,<br>Defendant. | :<br>:<br>:<br>: | VIOLATION: 18 U.S.C. §922(g)(9)<br>(Unlawful Possession of a Firearm and<br>Ammunition by a Person Convicted of Domestic<br>Assault) |

**INDICTMENT**

FILED IN OPEN COURT

AUG 0 8 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

The Grand Jury charges that:

**COUNT ONE**

On or about July 12, 2006, within the District of Columbia, **CORNEILOUS A. FORTUNE**, having been convicted of a misdemeanor crime of domestic violence, in D.C. Superior Court Case No. M10378-00, did unlawfully and knowingly receive and possess a firearm, that is, a Intratech 9mm handgun, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Domestic Assault, in violation of Title 18, United States Code, Section 922(g)(9))**

A TRUE BILL:

FOREPERSON.

_Kenneth L. Wainstein_
Attorney of the United States in
and for the District of Columbia