UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

**UNITED STATES OF AMERICA**          *

                                                        **Criminal No.: 06-237(ESH)**

                                      *

**CORNEILIUS A. FORTUNE**

      **Defendant**
                                    *

_____

## NOTICE OF ATTORNEY APPEARANCE

Dear Mr./Ms. Clerk:

Please enter the appearance of William Payne, Esquire as attorney for the defendant, Corneilous A. Fortune in the above captioned case.

                                        Respectfully Submitted:
                                        BLAIR & LEE, P.C.

                                        _____-s-_____
                                        William Payne, Esquire
                                        Bar No.: 419255
                                        601 Pennsylvania Avenue, N.W.
                                        Suite 900  South Building
                                        Washington, DC  20004
                                        (202) 289-4200
                                        Fax: (301) 474-4700
                                        E-mail: payneesquire@aol.com
                                        Attorney for Defendant