**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOV 0 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No.  06-237(ESH) |
| v. | : | |
| | : | |
| CORNEILOUS A. FORTUNE, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

I.  ELEMENTS OF THE OFFENSE:

   A.   The essential elements of the offense of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Domestic Assault, in violation of 18 U.S.C. § 922(g)(9), are:

   1.   That the defendant knowingly possessed the firearm;

   2.   That, before he possessed the firearm, the defendant had been convicted in a court of a misdemeanor crime of domestic violence; and

   3.   That the possession of the firearm was in or affecting commerce.

II.  COPY OF THE PLEA AGREEMENT:

   A copy of the plea agreement is attached.

III.  PENALTIES:

   Pursuant to 18 United States Code § 922(g)(9) the charge carries a maximum sentence of no more than 10 years of incarceration, a fine of no more than $250,000, or both.

IV.  STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA:

If this case were to go to trial, the government's evidence would have established beyond a reasonable doubt that:

On or about July 12, 2006, at about 6:10 a.m., members of the Metropolitan Police Department (MPD) executed a D.C. Superior Court search warrant at 915 Euclid Street, N.W., in Washington, D.C. Upon gaining entry, MPD officers located in plain view in the laundry room in the basement level of the residence an operable Intratech DC 9 pistol loaded with 21 live rounds of 9mm ammunition in the pistol's magazine. Attached to the barrel of the pistol was a firearm silencer, that is a device used to silence, muffle, or diminish the report of a portable firearm, as defined in 26 U.S.C. § 5845(a) and 18 U.S.C. § 921(a)(24).

The defendant, Corneilous Fortune, was found in the bedroom of the basement of the residence. Also recovered from the basement level of the house were documents in the defendant's name, empty or expended pistol cartridges, a live rifle cartridge, and a black bag containing a hard shell case with a long magazine loaded with 21 9mm cartridges that resembled the magazine inserted in the Intratech DC 9 pistol. The defendant was placed under arrest.

The Intratech DC 9 was recovered by MPD Crime Scene Search. It was test-fired and found operable. The weapon is an automatic, that is, it was either designed or altered to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, as defined in 26 U.S.C. § 5845(a) and (b). Further, the Intratech DC 9 had an obliterated serial number. Neither the Intratech DC 9 pistol, nor the ammunition recovered during the search warrant, were manufactured in the District of Columbia.

Following his arrest, the defendant was read and waived his rights, and gave a videotaped

statement to MPD detectives. During that statement, the defendant admitted that Intratech DC 9 recovered during the search warrant was his, and that he had purchased it for $800.

As indicated in the indictment, the defendant was previously convicted on February 16, 2001, of a misdemeanor crime of domestic violence, in the Superior Court of the District of Columbia, in case number M10378-00. Specifically, the victim in case number M10378-00, whom the defendant assaulted, was Armetria Fortuna, the defendant's then wife.

This factual proffer is a summary of the defendant's actions, and is not intended to be a complete accounting of all facts and events related to that offense or other offenses. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support the defendant's guilty plea to the offense of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Domestic Assault which is charged as Count One in the indictment.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

G. MICHAEL HARVEY
Assistant United States Attorney
Federal Major Crimes Section
D.C. Bar No. 447465
555 4th Street, N.W. #4243
Washington, DC 20001
Phone: 305-2195
Fax: 616-3782

## DEFENDANT CORNEILOUS A. FORTUNE'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, William Payne, Esquire. I fully understand the foregoing Statement of Offense in Support of Guilty Plea. I agree and acknowledge by my signature that the proffer of facts contained therein is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 11-3-06

_____
Corneilous A. Fortune

## ATTORNEY'S ACKNOWLEDGMENT

I have read the foregoing Statement of Offense in Support of Guilty Plea, and have reviewed it with my client fully. I concur in my client's desire to adopt the factual proffer contained therein as true and accurate.

Date: 11/3/06

_____
William Payne, Esquire
Attorney for Corneilous A. Fortune