UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-237 (ESH)** |
| | : | |
| **v.** | : | |
| | : | |
| **CORNEILOUS FORTUNE,** | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Julieanne Himelstein, at telephone number (202) 514-8203 and/or email address Julieanne.Himelstein@usa.usdoj.gov . Julieanne Himelstein will substitute for Assistant United States Attorney Michael Harvey as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
JULIEANNE HIMELSTEIN
Assistant United States Attorney
Federal Major Crimes, Bar No. 417-136
555 4th Street, NW, Room 4832
Washington, DC 20530
(202) 514-8203