# **MEMORANDUM**

TO:      The Honorable Ellen Segal Huvelle
FROM:    William Payne, Esquire
RE:      U.S. v. Corneilous A Fortune
DATE:    January 24, 2007

Your Honor, Please consider the attached letters and obituaries submitted by my client for purposes of sentencing scheduled for January 26, 2007.  Thank you.

CC:  Gordon Michael Harvey, AUSA

December 29, 2004

Ms. Miranda Tabe Ako
4993 Colburn Terrace
Hyattsville, MD  20782

      **RE:**    **Removal Proceedings**
            **Immigration File No.:**    **A97-941-871**

Dear Ms. Ako:

      This letter is a reminder that your next hearing in Immigration Court is an Individual hearing and is scheduled for July 18, 2005 at 1:00 p.m.  Enclosed herewith please find a copy of the hearing notice.  It is important that you be present and on time for this hearing.  Failure to do so may result in you being ordered removed (deported) in your absence.

      It is important to remember that you must contact anyone with knowledge of facts which support you asylum claim and ask them to write you a notarized letter or written

affidavit stating what they know about your asylum claim. For example, as we discussed at your master calendar hearing, you must contact anyone who can support your claim that you are a member of the SCNC. Documents such as membership cards and/or letters to you from the SCNC will be very helpful and necessary for you to win your asylum claim. Moreover, you must provide me with notarized letters and witnesses who can support your claim that you were arrested three times in Cameroon and detained and tortured. You must secure written documentation from everyone who helped you to be released from detention (including lawyers) as well as the nurse who helped you to escape from the hospital on the third occasion you were detained.

Of particular concern is the assertion that you were raped during the third arrest and detention. You must visit the local rape crisis center where you live and seek counseling and/or other treatment to support your assertion that you were raped. Also, to support your claim that you were tortured, to the extent you have physical, emotional, and/or psychological injuries from the torture you experienced, you must seek medical attention and secure medical documentation to support your claims of torture.

It is very important that you start working on these matters now because the hearing date will arrive and we must file supporting documentation for your case and a list of witnesses no later than ten days prior to the hearing date. Well before the date of the hearing we will have to meet and/or talk extensively about your case and I will need you to update me on your efforts to secure written documentation in support of your asylum claim.

Lastly, I am in receipt of the $200.00 payment you made of the outstanding balance of the attorney's fee on December 13, 2004. The balance is now $1300.00. As you know, I agreed to be flexible and allow you to make your best efforts to pay the outstanding balance, however, I will need another payment as soon as possible.

Please feel free to contact me if you have any questions or inquiries relative tot his matter.

Sincerely,

William Payne. Esquire

Enclosure
AkoLtr12.29.04DiskP&A13A
Wp/wp

2