# SEABROOK

Seventh-Day Adventist Church
8900 Good Luck Road,
Lanham, MD 20706
Ph#: 301-577-6342
Fax# 301-577-1979

January 23, 2007

To:       Whom It May Concern

From:     Pastor James M. Brown
          Nurturing Pastor
          Seabrook Seventh-day Adventist Church

Subject:  Mr. Cornelious A. Fortune

It has been my privilege to know and serve the Fortune family as a Pastor and friend for more than 10 years. I have come to know the goals and Christian values this family holds dear and operates by. Although we all make mistakes, the Fortune family use these goals and values as a guideline to correct any mistake and regain their right direction.

Last summer of 2006 Cornelious came to me expressing his desire to commit his life to Christ, these goals and Christian values, and requested Baptism into the Seventh-day Adventist Church. A Baptismal candidate for our church is required to study and complete at least 24 lessons before Baptism, followed by an interview of the Pastor to determine if they understand what they have studied and know what they are committing their lives to. After this interview with Cornelious in August of 2006 it was my privilege to baptize and recommend membership into The Seabrook Seventh-day Adventist Church.

It is my professional opinion that Cornelious's decision was not a ploy to impress anyone but is rooted in a genuine borne again Christian experience based on a deep spiritual conviction. It is also the commitment of the Seabrook Adventist Church Pastoral staff and leadership to mentor our members, guiding them to discover their spiritual gifts, thus, helping them to identify their God given purpose and train them into a Christian ministry; that is our goal for Cornelious.

I am happy to share any further information if you so desire. Please feel free to contact me.

I am,

Respectfully,

*James M. Brown*

Pastor James M. Brown

---

\* Senior Pastor Charles Tapp • Nurturing Pastor James Brown • Youth and Young Adult Pastor Jeremiah Green
• E-mail: Seabrooksda@yahoo.com • Website: www.seabrooksda.org.