# THE EDDY GROUP
Consulting Engineers

Dana K. Eddy, P.E.
Richard E. Finnen, Jr., P.E.
Michael K. Dolan, P.E.

January 23, 2007

TO WHOM IT MAY CONCERN

RE:   Mr. Corneilous Andra Fortune

Mr. Corneilous Andra Fortune is currently employed by The Eddy Group, Inc., and has been an employee of The Eddy Group, Inc. since August 2005. Mr. Fortune is a Senior Construction Materials Inspector and Concrete Laboratory Technician for The Eddy Group, Inc.

Mr. Fortune works on a full-time basis. His typical hours of employment are Monday through Friday from 7:00 am to 5:00 pm. However, on occasion, his hours of employment can extend from 6:00 am to 8:00 pm depending on the location and nature of the work.

I have known Mr. Fortune for approximately two years. Since day one, he has impressed me with his honesty, sincerity, and integrity. As an employee, he has been reliable, hard-working, dependable, and trustworthy. He has been an admirable addition to The Eddy Group, Inc. team and we would be hard-pressed to replace him.

If Mr. Fortune is incarcerated, he will remain an employee of The Eddy Group, Inc. He will be permitted to work for us during his incarceration, and he will resume his normal duties at The Eddy Group, Inc. following his incarceration.

Knowing Mr. Fortune as I do, I sincerely hope that he is not incarcerated, for his sake, for the sake of his family, and for the sake of The Eddy Group, Inc.

If you have any questions concerning this information, please call me at (703) 451-4686.

Sincerely,
THE EDDY GROUP, INC.

Michael K. Dolan, P.E.
Senior Project Engineer