*Home Going Celebration for*

**George Andrew Morris, II**

*Sunrise*
*July 3, 1975*

*Sunset*
*October 2, 1999*

REDZ

Porgy

*Funeral Service Saturday, October 9, 1999*

*Services 11:00 a.m.*

**Harvey Memorial Baptist Church**
3204 Brothers Place, South East, Washington, DC

Deacon Thomas Grant
Chairman, Board of Deacons

*Obituary*

George Andrew Morris, II, known by many as "Porgy," made his transition from this life on Saturday, October 2, 1999.

George was born July 3, 1975, in Washington, District of Columbia to George A. Morris, Sr. and Annie Jean Johnson.

George reveived Christ at an early age and was baptized by the late Rev. Dr. Pervis "Fireball" Mckenny, Pastor and Founder of the Harvey Memorial Baptist Church. He attended Sunday School, worked with the tape ministry and assisted his father with many of the renovation projects around the Church. George was a warm and gentle person, who loved life.

George was educated in the public schools of Charles County. He attended the Keystone Job Corp. in Pennsylvania and received several certificates of accomplishment. "Porgy" worked for his father, George Morris Concrete, Inc., Waldorf, MD, as a Cement Mason. He was an eager and quick learner of the craft.

"Porgy" was also a very gifted and talented athlete. He loved to play and compete in baseball and basketball, however, basketball was his game. He won numerous trophies and certificates during his youth and high school years.

"Porgy" leaves to cherish his memory: a son, Tyrek Marquis Morris, father George A. Morris, Sr. and mother Annie Jean Johnson Morris, two brothers, Jeffrey G. Morris, San Diego, CA, and Michael A. Morris, Williston, SC, two sisters-in-law, Kristi Morris, San Diego, CA and Lovell Morris, Williston, SC, a step mother, Theresa A. Morris, a step brother, Jabari O. Reaves and a host of Aunts, Uncles, Cousins, Nieces, Nephews, Relatives, Friends and a special friend Candice "Nikki" Hardy, of Washington, D.C..

# Order of Service

Reverend William Buie, Presiding
Harvey Memorial Baptist Church

Prelude............................................................................................ Musician
Opening Hymn ..................................... "Room At The Cross For You"
Scripture Reading ............................................................................
................................................ Old Testament – Min. John Butler
................................................ New Testament – Min. Boyd Moore
Prayer... Dea. Elim Poole, Harvey Memorial Baptist Church
Selection .................................. Harvey Memorial Baptist Church Mass Choir
Selection .................................. Harvey Memorial Baptist Church Mass Choir
Words of Comfort (2 minutes please)......................................
Ministers
Selection ....... Harvey Memorial Baptist Church Mass Choir
Words of Comfort (2 minutes please)
Dea. Thomas Grant      Dea. Andrew Jones
Dea. Robert Sanders
Acknowledgments ................... Sis. Jeryln Harris, Church Clerk
Reading of the Obituary ............................................ (Silently)
"I Knew Him Ah..."
Solo ........................................................... Sis. Lois Tillery-Moore
Eulogy ................................................................ Rev. Hugh Johnson
.......... Siloan Vista Baptist Church, Fairmount Heights, MD
Recessional...................................................................................

The Family will receive friends at the Harvey Memorial
Baptist Church Fellowship Hall immediately following
interment.

Interment:
Ft. Lincoln Cemetery
3401 Bladensburg Road, Brentwood, Maryland

## Obituary

George Andrew Morris, II, known by many as "Porgy," made his transition from this life on Saturday, October 2, 1999.

George was born July 3, 1975, in Washington, District of Columbia to George A. Morris, Sr. and Annie Jean Johnson.

George reveived Christ at an early age and was baptized by the late Rev. Dr. Pervis "Fireball" Mckenny, Pastor and Founder of the Harvey Memorial Baptist Church. He attended Sunday School, worked with the tape ministry and assisted his father with many of the renovation projects around the Church. George was a warm and gentle person, who loved life.

George was educated in the public schools of Charles County. He attended the Keystone Job Corp. in Pennsylvania and received several certificates of accomplishment. "Porgy" worked for his father, George Morris Concrete, Inc., Waldorf, MD, as a Cement Mason. He was an eager and quick learner of the craft.

"Porgy" was also a very gifted and talented athlete. He loved to play and compete in baseball and basketball, however, basketball was his game. He won numerous trophies and certificates during his youth and high school years.

"Porgy" leaves to cherish his memory: a son, Tyrek Marquis Morris, father George A. Morris, Sr. and mother Annie Jean Johnson Morris, two brothers, Jeffrey G. Morris, San Diego, CA, and Michael A. Morris, Williston, SC, two sisters-in-law, Kristi Morris, San Diego, CA and Lovell Morris, Williston, SC, a step mother, Theresa A. Morris, a step brother, Jabari O. Reaves and a host of Aunts, Uncles, Cousins, Nieces, Nephews, Relatives, Friends and a special friend Candice "Nikki" Hardy, of Washington, D.C..