*Going Home Ceremony*
*For*
*Jason R Faison*
*"Bozack"*
*December 27, 1972 - May 29, 2001*





*The Wake at Stewart Funeral*
*4001 Benning RD. NE*
*Washington, DC 20019*
*June 8, 2001 6 -9 PM*

*Funeral Services*
*June 9, 2001*
*1 PM at Stewart Funeral Home*
*Jason will be laid to rest at Harmony Memorial Park*

*But now I go my way to him that sent me; John :16 . 5*
*A little while, ye shall not see me: because I go to the Father. John: 16 . 16*
*Verily, verily, I say unto you, that ye shall weep and lament, but the world shall*
*Rejoice: and ye shall be sorrowful, but your sorrow shall be turned into joy. John : 16 . 20*

*Repast will follow after services at*
*8618 Johnson ave. Lanham  MD*
*H- 301.341.6373*