*FORTUNE FAMILY MINISTRIES, INC*
*NONE PROFIT ORGANIZATION*
*0915 EUCLID STREET, N.W.*
*WASHINGTON, DC 20001*
*TELEPHONE NUMBER: (202) 483-5819*
*FEIN:  02-0710242*

In all thy ways acknowledge the LORD

January 17, 2007

RE:  Cornelious A. Fortune

To Whom It May Concern:

I have known Mr. Fortune since August 2006 when he started attending the Fortune Family Ministries, Inc.  He has joined his family in spreading the gospel.  He works well with both the youth and adults.  He teaches Sabbath School and on occasion he delivers the message for the hour of Divine Worship.  Since the time he begin attending, he has never missed a meeting.  His persistence work in the ministry has greatly influenced our youth.  Mr. Fortune is a very loving and caring person with a great sense of humor, who understands the youth and the challenges they face today.   Therefore, the youth relate to him very well.

Also, he has three young boys of his own, in which he brings with him to the meetings, apart from the work he does at the Fortune Family Ministries, he also conducts a weekly bible study with a group of young men including his nephews.  I can truly say that since the time I have known Mr. Fortune, he has demonstrated to me by his actions that he is a sincere and dedicated Christian who strives daily to let God's will be done in his life.

He has proven himself to be faithful to God by doing whatever is asked of him, rather the task is great of small.  His work ethics and financial support to the Fortune Family Ministries has been nothing but outstanding.

I do not know what road he has traveled, but today, he is on the road call straight and narrow and I praise God for him.  Therefore, I, James Monroe, plead God's mercy as well as yours on behalf of Mr. Fortune and his three little boys.

Sincerely and Respectfully yours,

*James H Monroe*
James Monroe, Board Member, and Member
Of Fortune Family Ministries

Telephone Number: (301) 567-7715, or Cell# 1-301-366-7310