UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

**FILED**

APR 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

(202) 354-3230

April 24, 2007

*Let mis be filed ESH 4/24/07*

Mrs. Tonya Williams-Fortune

*CR 06-237-1*

Dear Mrs. Williams-Fortune:

    I am in receipt of your recent letter regarding Mr. Fortune's sentence. While I am sure that your situation is very difficult, I no longer have any power to change the sentence that I imposed so there is no way that I can legally respond to your request.

        Sincerely yours,

        Ellen S. Huvelle

        Ellen Segal Huvelle
        United States District Judge